PROB 12A
(Rev.5/2011)

# United States District Court
## for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>James Earl King, III</u>        Case Number: <u>3:08-CR-00226</u>

Name of Judicial Officer: <u>The Honorable Robert Echols, Senior U.S. District Judge</u>

Date of Original Sentence: <u>July 15, 2009</u>

Original Offense: <u>18 U.S.C. §§ 922(g)(1) and 924 - Convicted Felon in Possession of a Firearm</u>

Original Sentence: <u>33 months' custody and three years' supervised release</u>

Type of Supervision: <u>Supervised release</u>        Date Supervision Commenced: <u>December 27, 2013</u>

Assistant U.S. Attorney: <u>To be determined</u>        Defense Attorney: <u>Ronald Clayton Smalls</u>

---

**THE COURT ORDERS:**

☒ No Action at this time
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this <u>1st</u> day of <u>April</u>, 2016, and made a part of the records in the above case.

_____
U.S. District Judge  SHARP

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

_____
Laminta Poe
U.S. Probation Officer

Place    Nashville, Tennessee

Date     March 22, 2016

## ALLEGED VIOLATIONS

The probation officer believes that the defendant has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician. The defendant shall refrain from any unlawful use of a controlled substance.**

   On March 15, 2016, a urine screen was collected which tested positive for marijuana. Prior to the screen, Mr. King admitted to using marijuana two weeks ago.

### Compliance with Supervision Conditions and Prior Interventions:

James King began his term of supervised release on December 27, 2013, and is currently scheduled to complete his term on December 26, 2016. Mr. King is a resident of Davidson County, Tennessee, and has secured a residence with his cousins, Freddie and Brenda King, at 700 Canoe Ridge Drive, Antioch, Tennessee. Mr. King is currently employed with The Green Truck Moving Company, in Nashville, Tennessee, as a supervisor of operations.

At the start of supervision, Mr. King was referred to Centerstone for a substance abuse assessment. The assessment was conducted on February 3, 2014, and no treatment was recommended at that time. Mr. King participated in the probation office's random drug testing program and never tested positive for any illegal substances.

### U.S. Probation Officer Recommendation:

The probation officer is requesting that no additional action be taken by the Court at this time. Mr. King has been verbally reprimanded and, he will be placed back into the probation office's random drug testing program. The U.S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer